**Opinion filed October 6, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00268-CR

_____

## RUDY TREVINO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 385th District Court
### Midland County, Texas
### Trial Court Cause No. CR47017

---

### M E M O R A N D U M   O P I N I O N

Appellant pleaded not guilty to the offense of retaliation. The jury found him guilty, and the trial court assessed his punishment at confinement for a term of three years in accordance with the terms of an agreement as to punishment. We dismiss the appeal.

This court notified Appellant that we had received information from the trial court that Appellant had waived his right of appeal in this cause. We requested that Appellant respond and show grounds to continue the appeal. Appellant's counsel

has filed a response in which he states that he can find no grounds upon which to continue this appeal. He also indicates that he can find nothing to indicate that Appellant signed the waiver involuntarily or unknowingly.

The documents on file in this court reflect that Appellant waived various rights, including his right to appeal. These waivers were signed by Appellant, his attorney, and the trial judge. Among the waivers is a "**WAIVER OF RIGHT TO APPEAL**" in which Appellant affirmatively, "voluntarily, knowingly and intelligently **WAIVE[D] AND G[A]VE UP [HIS] RIGHT TO APPEAL**." The documents therefore show that Appellant waived his right to appeal. Texas has "long held that a valid waiver of appeal prevents a defendant from appealing without the trial court's consent." *Monreal v. State*, 99 S.W.3d 615, 617 (Tex. Crim. App. 2003). A waiver of the right to appeal is valid if it was made voluntarily, knowingly, and intelligently. *Id.* We note also that the trial court has not given Appellant permission to appeal. Accordingly, we dismiss this appeal without further action. *See id.* at 622–23; *see also* TEX. R. APP. P. 25.2(d).

This appeal is dismissed.

PER CURIAM

October 6, 2016

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.